The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE DONOVAN MOORE,<br><br>Defendant. | NO. CR24-014 TL<br><br>[~~Proposed~~]<br><br>ORDER TO SEAL EXHIBITS A-H |

Having read the Government's Motion to Seal and because of the sensitive and personal information contained in Exhibits A-H (Medical Records).

It is hereby ORDERED that the Exhibit shall remain sealed.

DATED this 28th day of March, 2025.

Tana Lin
United States District Judge

Presented by:

*s/ Brian J. Wynne*
BRIAN J. WYNNE
CASEY S. CONZATTI
Assistant United States Attorneys

Order to Seal Exhibits A-G - 1
*United States v. Moore* / CR24-014 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970