THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-014-TL |
| Plaintiff, | |
| v. | ORDER TO COMPEL TREATMENT |
| SHANE D. MOORE, | |
| Defendant. | |

This matter is before the Court on Defendant Shane Moore's motion to compel treatment. Dkt. No. 81. Having considered the Government's response (Dkt. No. 83), Mr. Moore's reply (Dkt. No. 86), and having held a hearing on the matter (Dkt. No. 88), the Court GRANTS IN PART Mr. Moore's motion.

IT IS ORDERED that the SeaTac Federal Detention Center immediately provide Mr. Moore with food that he can eat in whatever form necessary, up to and including a liquid diet.

Dated this 28th day of March, 2025.

Tana Lin
United States District Judge

ORDER TO COMPEL TREATMENT
(*United States v. Moore*, CR24-014-TL) - 1